MAY 22, 1802.

# James Turley *v.* John C. Owings & Co.

*Upon a writ of error to reverse a decree of the Lexington District Court.*

Where a reply bond is taken for too much, the proper course is, not to quash the bond, but to direct a credit to be entered upon the execution issuing thereon for the excess.

The only material error assigned is, that a replevy bond has been taken for a larger sum of money than the amount of the judgment and sheriff's commission. This the court finds to be true, and that an execution has issued on the bond without endorsing a credit for the excess, which the court finds to be nineteen shillings and seven pence half penny. In such cases the practice of this court hitherto has been to quash the bond, and authorize the issuing of another execution on the judgment; but on more mature reflection, and for reasons advanced by the court of appeals in the State of Virginia, in cases of the kind which are reported by Call, it now seems that the mode pursued by that court is equally just as to defendants and more advantageous to plaintiffs, and therefore ought to be adopted by this court.

Wherefore, it is adjudged and ordered that the judgment aforesaid be affirmed, and that the defendants in this court enter or cause to be entered a credit on the said replevy bond for the said sum of nineteen shillings and seven pence half penny; and that having so done they may proceed to recover the balance of the sum specified in the bond, with interest, by taking out another execution thereon. And it is further adjudged and ordered, that the said last-mentioned defendants do pay unto the said Turley his costs in this behalf expended, which is ordered to be certified to the said court.